432 A.2d 260

Commonwealth v. Wyland, Appellant.

Submitted September 11, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F.

Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower court is hereby affirmed.